IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:11-cv-80496

BRENDA HOVDE,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **BRENDA HOVDE**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY THAT this Notice was filed on this 27th day of May, 2011, by means of the CM/ECF system.

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Ms. Ginny L. Walker, Director of Compliance and Administration, Enhanced Recovery Company, LLC, 8014 Barberry Rd, Jacksonville, FL 32256, by depositing the same on May 27, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/Alex Weisberg
Alex D. Weisberg