IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:11-cv-80496-KAM

BRENDA HOVDE,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of Court of the Southern District Florida Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 6th Day of July, 2011.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

Notice of Dismissal  - 1

## CERTIFICATE OF FILING

I certify that on July 6, 2011, I electronically filed the foregoing Notice with the clerk of the U.S. District Court using the electronic case filing system of the court.

## CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Ginny L. Walker, Director of Compliance and Administration, Enhanced Recovery Company, LLC, 8014 Bayberry Rd., Jacksonville, FL 32256, by depositing the same on July 6, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

Notice of Dismissal - 2