UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80496-CIV-MARRA

BRENDA HOVDE,
Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,
Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiff's Notice of Dismissal with Prejudice (DE 6).

The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby ORDERED AND ADJUDGED that the above-styled cause is

DISMISSED WITH PREJUDICE.  The Clerk shall close this case and all pending motions are

denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 6th day of July, 2011.

_____
KENNETH A. MARRA
United States District Judge